IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELISSA BARRY, | ) | 1:09-cv-01106-SMS |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE WHY CASE** |
| | ) | **SHOULD NOT BE DISMISSED FOR** |
| vs. | ) | **FAILURE TO COMPLY WITH A** |
| | ) | **COURT ORDER** (Doc. 14) |
| WORLDWIDE DEBT MANAGEMENT, | ) | |
| | ) | Date: 1/29/10 |
| Defendant. | ) | Time: 9:30am |
| | ) | Ctrm: 7 |

On December 15, 2009, this Court "**ORDERED**" plaintiff to supplement the application and motion for default judgment (Doc. 10) with a memorandum of points and authorities in conformance therewith by December 29, 2009 (Doc. 14).

To date, and despite the holidays, plaintiff has failed to comply with an order of the court[1], has not otherwise contacted the court, and is therefore not diligently prosecuting this case. The court possesses the discretionary authority to dismiss an action based on plaintiff's failure to prosecute diligently. Fed. R. Civ.

---

[1] The law firm of Krohn & Moss, LTD, is also upside down, if you will, with the court in at least two other cases, namely, *McKay v. Data-Central*, 1:09-cv-00280-AWI-SMS, and *Laurie v. Asset Acceptance*, 1:09-cv-01719-LJO-SMS, wherein Judge O'Neill specifically "...ADMONISHES counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules."

1

P. 41(b); Schwarzer, Tashima & Wagstaffe, Fed. Civ. Proc. Before Trial ¶ 16:431 (1997).  Unreasonable delay by plaintiff is sufficient to justify dismissal, even in the absence of actual prejudice to the defendant (Moore v. Telfon Communications Corp., 589 F.2d 959, 967-68 (9th Cir. 1978)) since a presumption of injury arises from the occurrence of unreasonable delay.  Fidelity Philadelphia Trust Co. v. Pioche Mines Consol., Inc., 587 F.2d 27, 29 (9th Cir. 1978).  Plaintiff then has the burden of showing justification for the delay and, in the absence of such showing, the case is properly dismissed for failure to prosecute.  Nealey v. Transportation Maritima Mexicana, S.A., 662 F.2d 1275 (9th Cir. 1980).

**IT IS HEREBY ORDERED**:

1.   That this matter be set for hearing on **January 29, 2010,** at 9:30 a.m. in Courtroom No. 7 before the Honorable Sandra M. Snyder, United States Magistrate Judge, for consideration of dismissal for plaintiff's failure to comply with a court order.

2.   If plaintiff has any reasons why this action should not be dismissed, they shall be submitted by sworn declaration of facts on or before **January 20, 2010,** to which a supporting memorandum of law may be appended, to include an explanation for the failure to comply with the Court's order of December 15, 2009.

Plaintiff is advised that failure to comply with and/or respond to this order will result in outright dismissal of this action.

IT IS SO ORDERED.

**Dated:   January 5, 2010**              /s/ Sandra M. Snyder
                                                             UNITED STATES MAGISTRATE JUDGE

2