1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  MELISSA BARRY,                              CASE NO. 1:09-cv-01106-SMS

10                 Plaintiff,
                                               ORDER DISMISSING CASE
11         v.

12  WORLDWIDE DEBT MANAGEMENT,

13                 Defendant.          (Doc. 20)
    _____/

14

15         On March 25, 2010, Plaintiff Melissa Barry, by her attorneys Krohn & Moss, Ltd.,

16  voluntarily dismissed this case with prejudice.

17         Accordingly, this Court hereby DISMISSES the above-captioned case with prejudice.

18  The Clerk of Court is directed to enter the dismissal and close the case.

19

20  IT IS SO ORDERED.

21  **Dated:    June 30, 2010**                _____/s/ Sandra M. Snyder_____
                                               UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28